1118

### John HANEY v. STATE.
No. 13364.

Court of Criminal Appeals of Texas.
March 5, 1930.

J. K. Russell, of Cleburne, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is unlawfully manufacturing intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The indictment appears regular, and is regularly presented. A plea of guilty was entered. The facts heard are not before this court; nor do we find any complaint of the ruling of the trial court brought forward for review.

The judgment is affirmed.

### T. F. HATHAWAY v. STATE.
No. 13337.

Court of Criminal Appeals of Texas.
March 5, 1930.

Duncan & Fannin, of Sulphur Springs, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for passing a forged instrument; punishment, two years in the penitentiary.

We find in the record appellant's affidavit, regular in all things, requesting that his appeal be abated. The request is granted.

The appeal is dismissed.

### Jack SAVAGE v. STATE.
No. 13407.

Court of Criminal Appeals of Texas.
March 5, 1930.

J. Benton Morgan, of Greenville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for passing a forged instrument; punishment being two years in the penitentiary.

By his affidavit, appellant has apprised this court that he no longer desires to prosecute his appeal, and at his request said appeal is dismissed.

### N. M. SMITH v. STATE.
No. 13092.

Court of Criminal Appeals of Texas.
March 12, 1930.

H. S. Bonham, of Corpus Christi, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for murder; punishment being two years in the penitentiary.

There appears to have been no question regarding the admission or rejection of evidence upon the trial; if so, no complaint is brought forward. The instructions to the jury seem to have been unobjectionable. We have examined the statement of facts, and the verdict is supported thereby.

The judgment is affirmed.

### Yancy STORY v. STATE.
No. 12787.

Court of Criminal Appeals of Texas.
March 19, 1930.

W. W. Alcorn and Sam Sayers, both of Fort Worth, and T. B. Bartlett, of Marlin, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery; punishment being five years in the penitentiary.

Appellant has filed with this court his affidavit advising that he no longer desires to prosecute his appeal.

The appeal is therefore dismissed.